# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00706-CV

**Fibre-Craft Materials a/k/a Fibre-Craft Materials Corp., Appellant**

**v.**

**State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. GV400068, HONORABLE WILLIAM E. BENDER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Fibre-Craft Materials a/k/a Fibre-Craft Materials Corp. no longer wishes to pursue its appeal and has filed a motion to dismiss. Appellant states that it has conferred with appellee State of Texas, and appellee does not oppose the motion. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed on Appellant's Motion

Filed:  February 16, 2006